# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, NY 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

**BY ECF**

December 28, 2021

Honorable Vernon S. Broderick  
United States District Court  
40 Foley Square  
New York, NY 10007

       Diaz Bravo et al v. Broadway Fines Deli Corp. et al  
       Case No.: 21-cv-01946-VSB

Dear Judge Broderick:

    Our office represents the Plaintiff in the above-referenced action. Attached, please find a Motion to Withdraw from Mr. Faillace (Exhibit A).

    Thank you for your attention.

                            Respectfully submitted,

                            /s/ *Catalina Sojo*  
                            Catalina Sojo, Esq.  
                            CSM Legal, P.C.  
                            *Attorneys for Plaintiff*